Lynda T. Bui – Bar No. 201002
Brandon J. Iskander – Bar No. 300916
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lbui@shbllp.com;
        biskander@shbllp.com

Attorneys for Charles W. Daff,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:16-bk-20368-MJ |
| **MABEL VIRGINIA LEMOI,** | Chapter 7 |
| Debtor(s). | Adv. Case No. 6:17-ap-01052-MJ |
| **CHARLES W. DAFF, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of MABEL VIRGINIA LEMOI,** | **PROOF OF SERVICE RE: SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR7004-1]** |
| Plaintiff, | |
| vs., | |
| **PINENUT PATH LLC, a Nevada Limited Liability Company,** | |
| Defendant(s). | |

**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Z:\K-L\Lemoi, Mabel\Adv Daff v Pinenut Path 17-01052\Pld\Summons - POS.doc
5252-000

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3550 Vine Street, Ste. 210, Riverside, CA 92507**

**1.**  A true and correct copy of the foregoing document entitled (*specify*):

1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1];
2) EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS FOR HONORABLE MEREDITH A. JURY;
3) NOTICE OF EARLY MEETING OF COUNSEL PURSUANT TO LOCAL BANKRUPTCY RULE 7026-1;
4) COMPLAINT FOR: 1. AVOIDANCE OF INTENTIONAL FRAUDULENT TRANSFER [11 U.S.C. §§ 544, 548, 550; CAL. CIV. CODE §§ 3439.04, 3439.07, 3439.09]; 2. AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFER [11 U.S.C. §§ 544, 548, 550; CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07, 3439.09]; 3. RECOVERY OF AVOIDED TRANSFER [11 U.S.C. § 550]; 4. PRESERVATION OF AVOIDED TRANSFER [11 U.S.C. § 551]; 5. DECLARATORY RELIEF [11 U.S.C. § 105]; AND 6. TURNOVER OF PROPERTY [11 U.S.C. § 541]; AND
5. NOTICE OF PENDING ACTION RE 12446 15TH STREET YUCAIPA, CA 92399

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_March 6, 2017_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Charles W Daff (TR)     charleswdaff@gmail.com, c122@ecfcbis.com;daff@remote7solutions.com
- Brandon J Iskander     biskander@shbllp.com, twooten@shbllp.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **_March 6, 2017_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2017 | Tonia Wooten | */s/ Tonia Wooten* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:

| **Defendant – Via Certified Mail #7196  9008 9111 0372 5878 Return Receipt Requested**<br>Mabel V. Lemoi, Managing Member<br>Pinenut Path LLC<br>12434 15th Street<br>Yucaipa, CA 92399-1734 | **Defendant – Registered Agent Via Certified Mail #7196 9008 9111 0372 5694  Return Receipt Requested**<br>Pinenut Path LLC<br>c/o Business Filings Incorporated<br>701 S. Carson St., Ste. 200<br>Carson City, NV 89701 |
|---|---|
|  | **Defendant – First Class Mail**<br>Pinenut Path LLC<br>12434 15th Street<br>Yucaipa, CA 92399-1734 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**